AO 442 (Rev. 12/85) Warrant for Arrest   AUSA Bertha R. Mitrani   S/A Christopher Caruso, U.S. Secret Service

## United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

LAURENCE YANCY

## WARRANT FOR ARREST

CASE NUMBER: 00-4005-SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ LAURENCE YANCY _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Knowingly, Conspiring to, and actually, uttering and possessing a counterfeit security of an organization, and with knowingly executing and attempting to execute a scheme and artifice to defraud a financial institution,

in violation of Title 18 United States Code, Section(s) 371, 513(a) and 1344

[FILED by ___ D.C. JAN 14 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

Lurana S. Snow
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

Bail fixed at $ 50,000 Corporate Surety Bond

Chief United States Magistrate Judge
Title of Issuing Officer

January 14, 2000 Fort Lauderdale, Florida
Date and Location

by [Signature] Lurana S. Snow, Chief United States Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ LAURENCE YANCY _____

ALIAS: _____

LAST KNOWN RESIDENCE: __4420 N.W. 13TH STREET, LAUDERHILL, FLORIDA 33313___

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: __FLORIDA_____

DATE OF BIRTH: ___06/15/76_____

SOCIAL SECURITY NUMBER: 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_____

HEIGHT: _5'11_____   WEIGHT: __160 POUNDS_____

SEX: __MALE_____   RACE: __BLACK_____

HAIR: __BLACK_____   EYES: _BROWN_____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: TATTOO ON LEFT LEG _____

FBI NUMBER: __938888WA3_____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____UNITED STATES SECRET SERVICE____

                                 8375 N.W. 53RD STREET, MIAMI, FLORIDA 33166