# COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FT. LAUDERDALE

**"ADD ON"**

| | | | |
|---|---|---|---|
| DEFT: | Laurence Yancy (surr) | CASE NO: | 00-4005-Snow |
| AUSA: | Bertha Mitrani *present* | ATTNY: | |
| AGENT: | | VIOL: | 18:371, 513, 1344 |
| PROCEEDING: | Initial Appearance | BOND REC: | 50,000 Corp. Surety ✓ |
| BOND HEARING HELD - yes/no | | COUNSEL APPOINTED: | CJA - GARY KOLLIN |
| BOND SET @ | $50,000 PSB | | |
| CO-SIGNATURES: | Mother | | |

FILED by ___ D.C.
JAN 18 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SPECIAL CONDITIONS:
1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed/or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: 
11) Travel extended to: Broward, Dade + Palm Bch counties
12) Halfway House
    Electronic Monitoring

Reside at current address, no illegal drugs or excessive alcohol

Δ - advised of charges
Δ - sworn for counsel
Δ's Mother spoke in Court

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | ✓ |
| PRELIM/ARRAIGN. XXXXXX: | 1-28-00 | 11:00am | BSS ✓ |
| STATUS CONFERENCE: | | | |
| DATE: 1-18-00 | TIME: 11:00am 3:15pm ends 3: pm | TAPE # 00-002 00-003 | PG # 4 3526-3619 |

1/10