0004-0119-0814-J

AO 442 (Rev. 12/85) Warrant for Arrest  AUSA Bertha R. Mitrani   S/A Christopher Caruso, U.S. Secret Service

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

LAURENCE YANCY

**WARRANT FOR ARREST**

CASE NUMBER: 00-6019-CR-WJZ

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __LAURENCE YANCY__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Knowingly, Conspiring to, and actually, uttering and possessing a counterfeit security of an organization, and with knowingly executing and attempting to execute a scheme and artifice to defraud a financial institution,

in violation of Title __18__ United States Code, Section(s) __371, 513(a) and 1344__

Lurana S. Snow
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Bail fixed at $ __50,000 Corporate Surety Bond__

Chief United States Magistrate Judge
Title of Issuing Officer

January 14, 2000 Fort Lauderdale, Florida
Date and Location

by _Lurana S. Snow_, Chief United States Magistrate Judge
Name of Judicial Officer

---

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL |||
| DATE RECEIVED<br>1/18/2000 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER<br><br>Fred DePompa, SDUSM |
| DATE OF ARREST<br>1/18/2000 | FOR:  USSS | |

31

AO 442 (Rev 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: LAURENCE YANCY

ALIAS:

LAST KNOWN RESIDENCE: 4420 N.W. 13TH STREET, LAUDERHILL, FLORIDA 33313

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: FLORIDA

DATE OF BIRTH: 06/15/76

SOCIAL SECURITY NUMBER: 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

HEIGHT: 5'11         WEIGHT: 160 POUNDS

SEX: MALE           RACE: BLACK

HAIR: BLACK         EYES: BROWN

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: TATTOO ON LEFT LEG

FBI NUMBER: 938888WA3

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: UNITED STATES SECRET SERVICE
8375 N.W. 53RD STREET, MIAMI, FLORIDA 33166