UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6019-CR-Zloch

UNITED STATES OF AMERICA

vs

Laurence Yancy

ARRAIGNMENT INFORMATION SHEET

FILED by _____ D.C.
JAN 2 4
CLARENCE MADDOX
CLERK U.S. DIST. CT.
FLA. FT. LAUD.

The above named Defendant Appeared before Magistrate Judge Barry S Seltzer on  1-24-00  , where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT:          Address: __See Bond__

                   Telephone: _____

DEFENSE COUNSEL:   Name: __Gary Kollin__

                   Address: _____

                   Telephone: _____

BOND SET/CONTINUED:  $ __Cont'd on bond as set__

Bond hearing held: yes____ no____  Bond hearing set for_____

Dated this __24__ day of __January__, 20_00_.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _[signature]_
Deputy Clerk

Tape No. __00-006__

cc: Clerk for Judge
    U. S. Attorney