U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

00-6019-CR-Zloch
~~00-4005-Snow~~

DEFT: Laurence Yancy (B)        CASE NO: _____
AUSA: Bertha Mitrani /Ryan       ATTNY: Gary Kollin (CJA)
AGENT: _____               VIOL: present
PROCEEDING: ~~Prelim~~/Arraignment    BOND REC: _____

BOND HEARING HELD - yes/no       COUNSEL APPOINTED: _____

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ X's a week/month by phone; _____ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

FILED by D.G.
JAN 24 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:    DATE:              TIME:         JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: 2-8-00     11:00am    Snow

DATE: 1-24-00    TIME: 11:00am    TAPE # 00-006    PG # 11
                                                   1011-1228
                                                   X 41
                                                   48