HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __TYRONICA HILL, etal__   CASE NO: __00-6019-CR-ZLOCH__

AUSA __BERTHA MITRANI / Thompson__   ATTY __RICHARD HERSCH__ *pres*

*pres* FPD FOR CRSTAL McGEE; DAVID HODGE, ESQ. FOR SHEKEISHA BANNER;

PAUL McKENNA, ESQ. FOR ANTOINETTE GREENE; GARY KOLLIN, *pres* ESQ. FOR LAURENCE

YANCY *Disc out today — trial set — M/ due 2-22*   Tape 00-007 @ 3250

DEFT __CONOR CLAXTON etal__   CASE NO: __99-6176-CR-FERGUSON(s)__

AUSA *pres* __STEPHANIE PELL / Scruggs__   ATTY __FRED HADDAD__ *pres*

FREDERICK MANN, *pres* ESQ., FOR ANTHONY SMYTH; ALBERT LEVIN, ESQ. FOR SIOBAN

BROWNE; DANIEL McELHATTON, ESQ. MARTIN MULLAN

*Brad [illegible] stood in*   Tape 00-007
*Motion hearing set for week of March 27*   @ 3407 008 +

DEFT __JAMES RANDALL CHISOLM__   CASE NO: __99-6221-CR-FERGUSON__

AUSA __LYNN ROSENTHAL / Thompson__   ATTY __FPD__   *Lopez for Tn Day*   Tape 00-008

*No pending motions*   @ 436
*disc out — trial possible*

DEFT __PATRICK BENSON MARTIN__   CASE NO: __97-6128-CR-ZLOCH__

AUSA __ROGER POWELL__ *pres*   ATTY __BRUCE ALTER__ *pres*

*Disc out today.*
*trial set*   @ 460
*M/ to continue to be filed*
*Feb 22 motions due*

DATE __FEBRUARY 8, 2000__   TIME __11:00__

54