UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6019-CR-ZLOCH



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LAURENCE YANCY,

    Defendant.
_____/

### MOTION TO CONTINUE TRIAL DATE & CALENDAR CALL

COMES NOW Laurence Yancy, by and through the undersigned attorney, and moves this Honorable Court to enter its Order resetting the trial date from its presently set date of the two week commencing February 28, 2000, and the calendar call presently set for February 25, 2000, and states:

1. The trial date is presently set for the two week calendar of February 28, 2000 and the calendar call is set for February 25, 2000.

2. Defendant waives speedy trial.

3. Defendant needs additional time to prepare for trial.

4. Discovery was provided on January 7, 2000.

5. Undersigned counsel has contacted AUSA Bertha Mitrani who has no objection to this motion.

5. Undersigned counsel has contacted co-defendants' counsel Richard Hersh, and Samuel Smargon, and Paul McKenna who have no objection to this motion.

WHEREFORE, the undersigned counsel moves this Honorable Court to reset the trial date and the calendar call.

Respectfully submitted,

LAW OFFICE OF GARY KOLLIN, P.A.
8211 W. Broward Blvd., Ste. 420
Ft. Lauderdale, FL 33324
Telephone: (954) 723-9999
Fax: (954) 475-2279

_____
GARY KOLLIN, ESQ.
Fla. Bar no. 282431

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy has been sent to the U.S. Attorney's Office, 299 E. Broward Blvd., Ft. Lauderdale, Fl 33301, and to Richard Hersh, Esq., 1110 Brickell Avenue Penthouse One, Miami, FL 33131, Samuel Smargon, Esq., Federal Public Defender's Office, 101 N.E. 3rd Avenue, Ft. Lauderdale, FL 33301, and Paul McKenna, Esq., 9666 Tigertail Avenue, Coconut Grove, FL 33133, this ___ day of February, 2000.

_____
GARY KOLLIN, ESQ.
Fla. Bar no. 282431