UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6019-CR-ZLOCH

UNITED STATES OF AMERICA,          :

          Plaintiff,               :

v.                                 :

TYRONICA HILL, et al.,             :

          Defendants.              :



## STATUS REPORT

A status conference was held in this cause on February, 2000.  At that conference, the parties informed the Court as follows:

1.  Discovery was provided at the status conference. Counsel for the defendants shall have until February 22, 2000, within which to file pretrial motions.

2.  The attorneys for defendants Greene and Banner are involved in a federal trial in Miami which is expected to last for several weeks, and likely will conflict with the trial of this cause, now set for February 28, 2000.

3.  Counsel for defendant Yancy has filed a motion for continuance of the trial, to which no party objects.

DATED at Fort Lauderdale, Florida, this _____ day of February, 2000.

_____
LURANA S. SNOW
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Bertha Mitrani (FTL)      Federal Public Defender (FTL)
Richard Hersch, Esq.           David Hodge, Esq.
Paul McKenna, Esq.             Gary Kollin, Esq.

58