

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6019-CR-ZLOCH

UNITED STATES OF AMERICA

      v.

LAURENCE YANCY

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

| PLACE<br>299 E. BROWARD BLVD.<br>FT. LAUDERDALE, Fl, 33301 | COURTROOM A<br>DATE & TIME:<br>March 2, 2000 at 1:30 PM |
|---|---|

CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION

                                              CLARENCE MADDOX
                                              CLERK OF COURT

                                              BY DEPUTY CLERK

DATE: February 29, 2000

cc:
Bertha Mitrani, Esq., AUSA
Gary Kollin, Esq.