UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES



CASE NUMBER 00-6019-CR-Zloch   DATE 3-2-00

CLERK Caroline Hendry   REPORTER Carl Schanzleh

PROBATION   INTERPRETER

UNITED STATES OF AMERICA V. LAURENCE YANCY

U. S. ATTORNEY Bertha M. Trani   DEFT COUNSEL Cary Kollin

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Change of Plea to Count 1

RESULT OF HEARING Deft entered a plea of Guilty to Count 1

JUDGMENT Court accepted plea & adjudged deft guilty to Count 1

CASE CONTINUED TO 5-19-00   TIME 10:30   FOR Sentencing

MISC Written Plea Agreement

72