UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case no. 00-6019-Cr-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAWRENCE YANCY,

    Defendant.
_____/

### OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

The Defendant, through undersigned counsel, notes his objections to the Presentence Investigation Report and states:

1) With regard to ¶2, the defendant further submits that the government has agreed to recommend the low end of the guideline range.

2) With regard to ¶ 6, the defendant disagrees with the terminology. The defendant was arrested and released on January 18, 2000. On January 26, he submitted to a urine test and admitted to the officer that he had smoked the marijuana on January 18. The test of January 26 came back positive for marijuana.

Six subsequent tests by Pretrial Services and one subsequent test by Probation have resulted negative for the presence of illegal substances. Marijuana will remain within a persons's system for several weeks after consumption. The defendant has not violated any terms of his release.

3) With regard to ¶¶ 25, 30 and 32, the defendant submits that he owes no restitution in this case. The PSI report states that the $851.29 was cashed. That is incorrect. The check was not negotiated.

1

The defendant tried to cash that check but after observing a problem at the bank, he left the bank without receiving any funds. The defendant tried to cash a check at another branch. However, the defendant did not try to cash any other checks with Rasheed as stated in ¶ 30.

4) With regard to ¶ 79, the defendant objects only to the extent that as noted in ¶ 77, the defendant's financial responsibilities will change after his sentencing in this case. The defendant requests this Honorable Court consider the change in its assessment of the issue of a fine while on supervision.

5) With regard to ¶ 78, the defendant filed this year's tax return and has received his refund.

6) Undersigned counsel has spoken with Assistant United States Attorney Bertha Mitrani on April 18, 2000, who advised she has no objections to these objections.

LAW OFFICES OF GARY KOLLIN, P.A.
8211 W. Broward Blvd. Suite 420
Fort Lauderdale, Florida 33324
Telephone: (954)723-9999
Telefax: (954) 475-2279

By: _____
GARY KOLLIN
Fla. Bar No. 282431

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this ___ day of April, 2000, to Assistant United States Attorney Bertha R. Mitrani, 299 E. Broward Blvd., Ft. Lauderdale, FL 33301 and to Dedra Pratt, US Probation Officer, 299 E. Broward Blvd., Room 409, Ft. Lauderdale, FL 33301-1168.

_____
GARY KOLLIN, ESQ.

2