UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6019-CR-Zloch  DATE 5-19-00
CLERK Carline Newstay  REPORTER Carl Schanzlee
PROBATION Dedra Fratt  INTERPRETER

UNITED STATES OF AMERICA v. Laurence Yancy

U. S. ATTORNEY Bertha M. Frani  DEFT COUNSEL Crazy Kollin

DEFENDANT: (PRESENT)  NOT PRESENT  (ON BOND)  IN CUSTODY

REASON FOR HEARING Sentencing

RESULT OF HEARING Ct 1 - 4 months custody of BOP - 2 yrs Sup Rel - Spec Cents - Participate in Drug/Alcohol abuse program - File tax Returns due &
JUDGMENT owing - $100 assessment - Kollin appointed for Any appeal - Deft is to surrender by Noon July 14, 2000

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC

