DEFENDANT    LAURENCE YANCY
CASE NUMBER  00-6019-CR-ZLOCH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of    4 months.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ a.m./p.m. on _____
  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☒ before ~~2:00 p.m.~~ noon July 14, 2000
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on __07-14-2000__ to __Federal Detention Center Miami__

at __33 NE 4 St. Miami, FL. 33128__ with a certified copy of this judgment.

Monica S. Wetzel, Warden
~~United States Marshal~~

By __Ariel O. Guerrero, L.I.E.__
   ~~Deputy U.S. Marshal~~

FILED BY
00 JUL 24 AM 10: 17
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FT.L.